JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> D & D PLUMBING SUPPLY, INC., a California corporation; and JAMIE JEAN RUDOLPH, an individual, also known as "JAMIE JEAN WINTON," <br><br> Defendants. | CASE NO.: CV 15-03128 DDP (PLAx) <br><br> ASSIGNED TO THE HONORABLE DEAN D. PREGERSON <br><br> **JUDGMENT** |


This action having been commenced on April 27, 2015, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND, TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND shall recover from defendants D & D PLUMBING SUPPLY, INC., a California corporation; and JAMIE JEAN RUDOLPH, an individual, also known as "JAMIE JEAN WINTON" the principal amount of $30,955.14, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from May 4, 2016, until the judgment is paid in full.

Dated: May 20, 2016

_____
UNITED STATES DISTRICT JUDGE